Mark Mausert
Nevada Bar No. 2398
Sean McDowell
Nevada Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNI CROSBY, | **Case No.:** 3:21-cv-00416-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| I.C.A.N. FOODS INCORPORATED, | |
| Defendant. | |

Plaintiff, JENNI CROSBY, and Defendant, I.C.A.N. FOODS INCORPORATED, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

23542339.1

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| | |
|---|---|
| DATED this 3rd day January, 2022.<br>MARK MAUSERT LAW OFFICE | DATED this 3rd day of January, 2022.<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| By: /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512<br>*Attorneys for Plaintiff* | By: /s/ Matthew Francis<br>MATTHEW D. FRANCIS<br>AUTHER ZORIO<br>5520 Kietzke Lane, Suite 110<br>Reno, Nevada 89511<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated this 3rd Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2.

23542339.1